**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  10-cv-02929-LTB

WELLMAN GIBSON,

      Plaintiff,

v.

CAPT. HALL,
LT. ZAMARIPA,
WARDEN HARTLEY, and
OTHER JOHN DOES TO BE NAMED LATER,

      Defendants.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE LEWIS T. BABCOCK

      On January 3, 2011, Plaintiff filed a "Request for Stay of Proceedings" (Doc. No. 6).  The Request is DENIED as moot. This case was dismissed by a judgment and an order filed on December 22, 2010.

Dated:  January 3, 2011